**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

ROBERT L. TILMON                                                                                    PLAINTIFF

VS.                                        CASE NO: 4:05CV00639 GH/JTR

KURT KNICKREHM, DHS Director,                                                          DEFENDANT
Arkansas Department of Human Services, et al.

## ORDER

On July 12, 2005, the court scheduled a settlement conference in this case for August 30, 2005.  In a letter dated July 18, 2005, counsel for Defendant advised the court that "we believe a settlement conference at this time is premature and would be futile."  In a recent follow-up telephone conversation, Defendant's counsel advised one of the Court's law clerks, that, at this time, her client was unwilling to offer to pay any money to settle this case.

In view of Defendant's position on settlement, no purpose would be served in conducting a settlement conference at this time.  If Defendant changes its position on settlement, its counsel should immediately notify the Court so that a settlement conference can be promptly scheduled.

Dated this 18th day of August, 2005.

_____
UNITED STATES MAGISTRATE JUDGE