```
         IN THE UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF ARKANSAS
                   WESTERN DIVISION
```

ROBERT L. TILMON

VS                              NO. 4:05CV00639 GH

KURT KNICKREHM ET AL

## ORDER

The file in this case reflects that a complaint was filed APRIL 25, 2005 but does not show that the plaintiff has served defendants Arkansas Department of Human Services, Quranner Cotledge, Kim Alexander, Glenda Cooper and Julia Ellis with process, therefore failing to meet the requirements under the Federal Rules of Civil Procedure, with respect to Rule 4(c) requiring proof of service upon the defendants and (m) requiring a 120 day time limit for service of the summons and complaint.

IT IS ORDERED that the plaintiff through its counsel serve the complaint on the above named defendants and file an affidavit of service on or before November 11, 2005. If no affidavit is filed on or before November 11, 2005, an order of dismissal without prejudice will be entered by the Court for the above named defendants for failure to prosecute.

Dated: November 1, 2005

AT THE DIRECTION OF THE COURT

JAMES W. MCCORMACK, CLERK

BY: /s/ Patricia L. Murray
    COURTROOM DEPUTY CLERK