IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROBERT L. TILMON

VS    NO. 4:05CV00639 GH

ARKANSAS DEPARTMENT OF HUMAN SERVICES

## **ORDER**

  The Court having been advised that the above cause of action has been settled, it is hereby dismissed with prejudice. If any party desires that the terms of the settlement become a part of the record herein, they should be reduced to writing and filed with the Court within 30 days of this order.

  DATED: NOVEMBER 21, 2006

              AT THE DIRECTION OF THE COURT

              JAMES W. MCCORMACK, CLERK


              BY: /s/ Patricia L. Murray
                 COURTROOM DEPUTY CLERK